

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| Fort Stockton Holdings, L.P., Pecos County, City of Fort Stockton, Pecos County Water Control and Improvement District No. 1, and Brewster County Groundwater Conservation District, | § § § | No. 08-15-00382-CV Appeal from the 83rd District Court |
| Appellants, | § | of Pecos County, Texas |
| v. | § | (TC# P-7047-83-CV) |
| Middle Pecos Groundwater Conservation District, | § § | |
| Appellee. | § | |

**O R D E R**

The Court on its own motion VACATES the June 22, 2017 submission setting for the above styled and numbered cause pending a ruling on the Joint Motion to Vacate the District Court's Judgment without Regard to Merits and Remand Case to Appellee District.

IT IS SO ORDERED this 31st day of May, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.